

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2025

No. 04-24-00763-CV

**IN RE BILL WILBURN**, Relator

Original Proceeding[1]

### ORDER

On November 15, 2024, relator filed an amended petition for writ of mandamus. After considering the petition and the lack of record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is DENIED as moot.

It is so **ORDERED** on February 5, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023EM501899, styled *In the Interest of A.S.W.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.